

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH HATLEN,

    Plaintiff,

v.

DIRECTOR COX,

    Defendant.

3:15-cv-10-MMD-VPC

ORDER

## I. DISCUSSION

On January 16, 2015, this Court ordered Plaintiff to file both his complaint and an application to proceed *in forma pauperis* within 30 days of the date of that order. (ECF No. 3 at 2). On February 17, 2015, Plaintiff filed his proposed complaint but did not file an application to proceed *in forma pauperis*. (ECF No. 5). Plaintiff seeks a 30-day extension to file his application to proceed *in forma pauperis*. (ECF No. 5-1 at 1). Plaintiff states that defendants have not given him his financial certificate. (*Id.*). The Court grants Plaintiff 30 days from the date of this order to file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 5), but shall not file it at this time.

DATED: This 19th day of February, 2015.

_____
United States Magistrate Judge